June 10, 2005

Honorable Charles S. Haight
Senior United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

                Re:    United States v. Jerry Weissman
                        Docket No.  S1 94 CR 760 (CSH)

Dear Judge Haight:

      I am respectfully withdrawing the application on behalf of my client Jerry Weissman, made by letter to the Court dated March 7, 2005 for judicial relief, pursuant to 29 U.S.C. § 1111(a). Although we started this process with the goal of establishing a company that would service ERISA benefit plans, recent funding complications have made that endeavor unfeasible at this time.  In order to avoid potentially unnecessary procedures, I have agreed with Department of Labor counsel to withdraw Mr. Weissman's application at this time.  Should the funding situation change for the better, I respectfully request permission to renew this application to the Court.

      Accordingly, I also ask the Court to adjourn the hearing scheduled for September 28, 2005 without date, until after a subsequent application is made.

Judge Charles Haight
June 10, 2005
Page 2

      I thank Your Honor for your courtesy and consideration on behalf of my client Jerry Weissman.

                                                Respectfully submitted,

                                                Ephraim Savitt

ES:mlo

cc:    Clerk of the Court (CSH)
        AUSA Joanne Berman
        John Campbell, Esq., DOL
        Jerry Weissman